IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-00752-LTB

CHARLIE ESPINOSA,

    Petitioner,

v.

NEXION HEALTH, INC.,

    Respondent.

---

**FINAL JUDGMENT**

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on June 19, 2014, and incorporated herein by reference as if fully set forth, it is

    ORDERED that Petitioner Charlie Espinosa's Petition to Compel Arbitration is GRANTED. It is

    FURTHER ORDERED that the claims in this case shall be submitted to arbitration as provided for in the Arbitration Agreement. It is

    FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

    DATED at Denver, Colorado this  19th  day of June, 2014.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/Emily Seamon
    Emily Seamon, Deputy Clerk