**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  14-cv-00752-LTB

CHARLIE ESPINOSA,

     Petitioner,

v.

NEXION HEALTH, INC.,

     Respondent.

**MINUTE ORDER**

BY ORDER OF JUDGE LEWIS T. BABCOCK


     Petitioner's Unopposed Motion to Remove Exhibit or Restrict Access to Exhibit (Doc 18 - filed November 24, 2014) is **GRANTED**.  The Clerk is directed to place Exhibit 9 to Doc 16 at Restricted Level 2.


Dated:   November 25, 2014