**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-00752-LTB

CHARLIE ESPINOSA,

    Petitioner,

v.

NEXION HEALTH, INC.,

    Respondent.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    In light of the Notice of Resolution (Doc 21 - filed February 5, 2015), Petitioner's Motion to Reopen Case (Doc 12) and Motion for Contempt (Doc 13) are WITHDRAWN and this matter remains closed pursuant to the Order (Doc 9) and Judgment (Doc 10) previously entered.

Dated:  February 12, 2015